Joseph Riccordino, Appellant, v. Mary Riccordino, Appellee.

Gen. No. 46,832. 

First District, First Division.

June 21, 1956.

Released for publication September 12, 1956.

Sol R. Friedman & I. S. Friedman, for appellant; Ehrlich and Cohn, for appellee; Aaron H. Cohn, of counsel. Opinion by JUDGE BURKE. Not to be published in full.